■ JACQUES JANSEN, Appellant, v. IVAN B. HART, Respondent.— Order entered May 23, 1968 directing the issuance of letters rogatory, herein appealed from, unanimously modified on the law and the facts to allow all items in the proposed interrogatories except the following: Items 6(a), (b), (c), (d), (e), (f); Items 7(a), (b); Items 13(a), (b); Items 14(d), (f), (g), (h); Item 15; Items 22(a), (b), (c), (d), (e); Item 23 and Item 24. As so modified the order appealed from is otherwise affirmed, with $30 costs and disbursements to the appellant. We conclude that it was error to exclude certain items which properly sought to establish the attorney-client relationship and the terms thereof to establish Dr. van der Does' authority to appear for defendant in the Netherlands action. In our opinion the items allowed do not infringe upon

any privileged attorney-client relationship (*Gallagher* v. *Akoff Realty Corp.*, 197 Misc. 460; see 58 Am. Jur., Witnesses, § 509; 97 C. J. S., Witnesses, § 287; 97 C. J. S., Witnesses, 283, subd. e, p. 802). Concur — Botein, P. J., Stevens, Eager and Capozzoli, JJ.